```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 04643
   JUAN CARLO LEON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7187


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/11/2005 and was confirmed 05/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
ASSET ACCEPTANCE CORP    UNSEC W/INTER     4232.04         459.59        4232.04
CHARTER ONE AUTO FINANCE NOTICE ONLY      NOT FILED           .00            .00
CITIZENS BANK            SECURED           7025.35         392.91        7025.35
CITIZENS AUTOMOBILE FINA NOTICE ONLY      NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSEC W/INTER      370.00          40.32         370.00
ECAST SETTLEMENT CORP    UNSEC W/INTER     2888.28         313.69        2888.28
JOSEPH WROBEL            DEBTOR ATTY         94.00                         94.00
TOM VAUGHN               TRUSTEE                                          985.40
DEBTOR REFUND            REFUND                                           383.74

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              17,185.32

PRIORITY                                        .00
SECURED                                    7,025.35
     INTEREST                                392.91
UNSECURED                                  7,490.32
     INTEREST                                813.60
ADMINISTRATIVE                                94.00
TRUSTEE COMPENSATION                         985.40
DEBTOR REFUND                                383.74
                     ---------------    ---------------
TOTALS               17,185.32             17,185.32
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 04643 JUAN CARLO LEON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|                          |                                   |
|--------------------------|-----------------------------------|
|                          | /s/ Tom Vaughn                    |
| Dated: 12/22/08          | _____  |
|                          | TOM VAUGHN                        |
|                          | CHAPTER 13 TRUSTEE                |